UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| UNITED STATES OF AMERICA, | CASE NO.: 21CR2437-DMS |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO CONTINUE MOTION HEARING** |
| **Angela Maria Duenas**, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion Hearing scheduled for November 10, 2022 to January 13, 2023 at 11:00 a.m. be granted. It is further ordered that time is excluded from the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(D), (7). For the reasons outlined in the parties' joint motion, the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendant in a speedy trial.

Defendant to sign and file an acknowledgement of next court date by November 10, 2022.

DATED: 11/07/22

**Honorable Dana M. Sabraw**
United States Chief District Judge